# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZIXIANG LI, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES, et al.,<br><br>    Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: 10-798 RAJ |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT the Defendants' motion to dismiss (Dkt. # 23) is granted.

Dated this 15th day of March, 2011.

                                                William M. McCool
                                                Clerk

                                                s/Consuelo Ledesma
                                                Deputy Clerk